```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                         CRIMINAL ACTION NO. 2:16-00023

**ROLAND JASON DUCKETT**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On April 27, 2017, the United States of America appeared by J. Matthew Davis, Assistant United States Attorney, and the defendant, Roland Jason Duckett, appeared in person and by his counsel, George H. Lancaster, Jr., Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer M. Dylan Shaffer.  The defendant commenced a three-year term of supervised release in this action on July 15, 2016, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on July 11, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant committed the state and local offense of driving without an operator's license on August 24, 2016, as evidenced by his stipulation on the record of the hearing that the government possesses sufficient proof to prove the offense by a preponderance of the evidence; (2) the defendant committed the federal and state offenses of distribution of methamphetamine on March 13, 2017, and possession with intent to distribute methamphetamine on March 14, 2017, as evidenced by his stipulation on the record of the hearing that the government possesses sufficient proof to prove the offenses by a preponderance of the evidence; (3) the defendant used and possessed marijuana as evidenced by positive urine specimens submitted by him on November 18 and December 28, 2016, February 14 and 22, and March 20, 2017, and his admission on the record of the hearing; and (4) the defendant failed to report for individual substance abuse counseling sessions as instructed on October 18 and 21, November 9 and 23, December 22, 2016, and January 10, 2017, as admitted by the defendant on the record of**

the hearing; all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE MONTHS AND ONE DAY, to be followed by a term of twenty-four (24) months less one day of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B) and the standard conditions as set forth in Local Rule 32.3.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 4, 2017

John T. Copenhaver, Jr.
United States District Judge